IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY WADE JACKSON                                                                                PLAINTIFF

v.                                        Case No. 4:24-cv-04098

CARLTON D. JONES, Miller County Circuit Judge;
WREN AUTREY, Miller County Circuit Judge;
JOE E. GRIFFIN, Miller County Circuit Judge; and
BRENT HALTON, Miller County Circuit Judge                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 7, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends that Plaintiff Timothy Wade Jackson's ("Plaintiff") Complaint be dismissed without prejudice.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(b)(1), and thus the Clerk is directed to place a § 1915(g) strike flag on the case for future judicial consideration.

**IT IS SO ORDERED**, this 30th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge